**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**ORLANDO JUAN CORDOVA COMAS**<br>**dba ORLANDO CORDOVA**<br><br>xxx–xx–1378<br><br>Debtor(s) | Case No. **19–01282 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 4/24/19 |

*ORDER*

The motion filed by Debtor requesting extension of time of thirty (30) days days to oppose and reply to Motion to Convert to Chaper 7 filed by Empresas Puertorriquenas de Desarollo, Inc. (docket #11) is hereby granted.

IT SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, April 24, 2019 .

Mildred Caban Flores
United States Bankruptcy Judge